**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**RUBBY JAMES GRAY**                                                                              **PLAINTIFF**

V.                                        **CASE NO. 3:16-CV-00015-BRW-BD**

**JASON HALL, et al.**                                                                             **DEFENDANTS**

## ORDER

On January 25, 2016, Rubby James Gray, a pro se plaintiff, was ordered to file a complete *in forma pauperis* application, or pay the statutory filing fee, to pursue his constitutional claims under 42 U.S.C. § 1983.  (Docket entry #2)  Since the January 25 Order, however, the postal service has returned three documents to the court "undeliverable."  (#3, #4, #5)

Mr. Gray has failed to inform the Court of a new address as required by the Court's local rules.  If he intends to pursue this lawsuit, he must provide notice of his new address to the Court within thirty (30) days of entry of this Order.  Failure to comply with this Order may result in dismissal of this action under Local Rule 5.5(c)(2).

IT IS SO ORDERED this 10th day of February,  2016.

_____
UNITED STATES MAGISTRATE JUDGE