IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RUBBY JAMES GRAY                                                                    PLAINTIFF

VS.                                     3:16-CV-15-BRW-BD

JASON HALL, et al.                                                                  DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Gray's claims against Defendant Harris are DISMISSED, without prejudice, based on his failure to respond to this Court's orders. The Clerk is instructed to terminate Defendant Harris as a party Defendant.

IT IS SO ORDERED, this 19th day of August, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE