# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**RUBBY JAMES GRAY**                                                                                    **PLAINTIFF**

**VS.**                                          **3:16-CV-15-BRW-BD**

**JASON HALL,** *et al.*                                                                              **DEFENDANTS**

## ORDER

I have received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere.[1]  No objections have been filed and the time for doing so has passed.[2]  After careful review, I adopt as my findings in all respects the Recommendation in its entirety.

Accordingly, Mr. Gray's claims against Defendant Bentley are DISMISSED without prejudice, for failure to respond to a court order.[3]  The Clerk of the Court is directed to terminate Defendant Bentley as a party Defendant.

IT IS SO ORDERED, this 20th day of September, 2016.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 28.

[2] Objections were due September 15, 2016.

[3] *See* Doc. No. 26.