# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**RUBBY JAMES GRAY**                                                                              **PLAINTIFF**

VS.                              **3:16-CV-00015-BRW-BD**

**JASON HALL,** *et al.*                                                                        **DEFENDANTS**

## ORDER

I have received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections and the time for doing so has passed.[1]

After careful review of the Recommendation, I adopt as my findings in all respects the Recommendation in its entirety. Accordingly, Mr. Gray's claims against the Doe Defendant are DISMISSED without prejudice based on his failure to identify this Defendant within the time allowed. The Clerk is instructed to terminate the Doe Defendant as a party.

IT IS SO ORDERED, this 17th day of October, 2016.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] The deadline for objections was Friday, October 14, 2016.