# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**RUBBY JAMES GRAY**                                                            **PLAINTIFF**

V.                           **CASE NO. 3:16-CV-00015-BRW-BD**

**JASON HALL, et al.**                                                          **DEFENDANTS**

## ORDER

Rubby James Gray filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #1)  Mr. Gray is proceeding *in forma pauperis* (IFP).  (#9)

Mr. Gray is no longer detained at the Craighead County Detention Center as evidenced by mail that has recently been returned to the Court as undeliverable.  (#43) Mr. Gray has failed to inform the Court of a new address as required by the Court's local rules.  If he intends to pursue this lawsuit, he must provide notice of his new address to the Court within thirty (30) days of entry of this Order.  Failure to comply with this Order may result in dismissal of this action under Local Rule 5.5(c)(2).

IT IS SO ORDERED this 8th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE