**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**RUBBY JAMES GRAY**                                              **PLAINTIFF**

V.                      **CASE NO. 3:16-CV-15-BRW-BD**

**JASON HALL, et al.**                                             **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.**      **Procedures for Filing Objections**

This Recommended Disposition ("Recommendation") has been sent to Judge Billy Roy Wilson. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Wilson can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**      **Discussion**

Rubby James Gray, previously an inmate at the Craighead County Detention Center ("Detention Center"), filed this lawsuit under 42 U.S.C. § 1983, alleging lack of proper medical care. (Docket entry #1) He is proceeding *in forma pauperis*. (#9) Mr. Gray is no longer incarcerated at the Detention Center, as evidenced by mail returned to the Court as undeliverable on November 7, 2016. (#43)

Mr. Gray did not notify the Court of his new address, as required by the Court's local rules. The Court gave him thirty days from November 8, 2016, to provide notice of a current address and specifically warned him that his failure to comply could result in the dismissal of this case under Local Rule 5.5(c)(2). (#44) As of this date, Mr. Gray has failed to respond to the Court's November 8 Order. The deadline for complying has expired.

### III.  Conclusion

The Court recommends that Mr. Gray's claims be DISMISSED, without prejudice, based on his failure to comply with this Court's November 8, 2016 Order.

DATED this 14th day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE