**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**RUBBY JAMES GRAY**                                                             **PLAINTIFF**

**V.**                              **3:16-CV-15-BRW-BD**

**JASON HALL,** *et al.*                                                            **DEFENDANTS**

### ORDER

I have received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, I approve and adopt the Recommendation in all respects.

Mr. Gray's claims are DISMISSED, without prejudice, based on his failure to comply with the November 8, 2016 Order. The Clerk is directed to close this case.

IT IS SO ORDERED, this 29th day of December, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE